**Opinion issued April 5, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00992-CR

———————————

**MARCUS ANTHONY GUSMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 9**
**Harris County, Texas**
**Trial Court Case No. 1995773**

---

## MEMORANDUM OPINION

On January 27, 2016, appellant Marcus Anthony Gusman filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued. *See* TEX. R. APP. P. 42.2(a), (b).

Accordingly, we grant the motion and dismiss the appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Brown, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).